UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
GLENDA RAMIREZ,

                            Plaintiff,

                          20 Civ. 9624 (LGS)

         -against-

                          ORDER

HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY.

                         Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, the initial pre-trial conference in this matter is scheduled for February 11, 2021, at 10:40 A.M.  Dkt. No. 10.

    WHEREAS, no significant issues were raised in the parties' joint letter.  Dkt. No. 17.  It is hereby

    **ORDERED** that, the initial pre-trial conference is waived.  If the parties believe that a conference would nevertheless be useful they should inform the court immediately so the conference can be reinstated.  It is further

    **ORDERED** that, by **February 25, 2021**, Defendant shall file a complete copy of the administrative record regarding Plaintiff's claim for continuing long-term disability benefits, as well as its initial disclosures.  It is further

    **ORDERED** that, by **March 4, 2021**, Plaintiff shall file a letter stating whether she believes any additional discovery is necessary and if so, what discovery, how long it will take and whether Defendant agrees.

Dated: February 9, 2021
         New York, New York

                                                    LORNA G. SCHOFIELD
                                              UNITED STATES DISTRICT JUDGE