UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
GLENDA N. RAMIREZ,
                                Plaintiff,

              -against-

HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY,
                              Defendant.
------------------------------------------------------------ X

20 Civ. 9624 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, on March 8, 2020, the parties filed a joint motion to seal the administrative record on the grounds that the record contains extensive references to Plaintiff's personal information and protected health information ("PHI"), (the "Motion"). Dkt. No. 20.

    WHEREAS, the Motion did not include a contemporaneously filed copy of the administrative record, temporarily under seal, as required by the Individual Rule I.D.3. *See* Dkt. No. 20.

    WHEREAS, on March 11, 2021, the Court issued an Order directing the parties to file a copy of the administrative record under seal.

    WHEREAS, "[t]he common law right of public access to judicial documents is firmly rooted in our nation's history," and in determining whether to permit filings under seal courts "must balance competing considerations against" the presumption of access. *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119–20 (2d Cir. 2006) (internal quotation marks omitted); *see also Nixon v. Warner Commc'ns., Inc.*, 435 U.S. 589, 599 (1978) ("[T]he decision as to access is one best left to the sound discretion of the trial court, a discretion to be exercised in light of the relevant facts and circumstances of the particular case.").

    WHEREAS, the administrative record contains many references to Plaintiff's personal information and PHI for which sealing is appropriate, but also contains general information about

the benefits plans at issue in this case, as well as correspondence regarding Plaintiff's benefits claims for which sealing is not appropriate. It is hereby

**ORDERED** that by **March 26, 2021**, the parties shall file the administrative record with proposed redactions.

Dated: March 12, 2021
      New York, New York

                                             **LORNA G. SCHOFIELD**
                                            **UNITED STATES DISTRICT JUDGE**