**Robinson+Cole**

MATTHEW P. MAZZOLA

Chrysler East Building
666 Third Avenue, 20th floor
New York, NY 10017
Main (212) 451-2900
Fax (212) 451-2999
mmazzola@rc.com
Direct (212) 451-2913

Also admitted in New Jersey

May 28, 2021

(*Via ECF*)
Lorna G. Schofield, U.S.D.J.
United States District Court Southern District of New York
500 Pearl Street
New York, New York 10007
(212) 805-0288

    Re: *Glenda N. Ramirez v. Group Short Term Disability, Long Term Disability and Life Plan for Employees of Z.B. Company, Inc., et. al.*
    Civil Action No.: 1:20-cv-09624(LGS)

Dear Judge Schofield:

    This office represents the Defendant Hartford Life Insurance Company ("Hartford") in the above referenced matter. Pursuant to Rule B(2) of Your Honor's Individual Rules and Practices for Civil Cases, Hartford respectfully requests a 30 day adjournment of the dates in the Court's April 9, 2021 Scheduling Order regarding the deadlines for the parties to file their respective motions for summary judgment. (Doc. No. 33). Due to the press of deadlines in other matters in late June and early July as well as the fact that undersigned counsel is scheduled to be out of the office preparing for the Florida Bar Examination on July 16[1], Defendant requests that the deadlines in the Court's April 9, 2021 Scheduling Order be adjourned as follows:

---

[1] At the time this Court entered the April 9, 2021 Scheduling Order, Counsel for the Defendant was not yet sure if he would sit for the Florida bar examination.

# Robinson+Cole

| Motion Papers to Be Filed | Initial Deadline | Requested Extended Deadline |
|---|---|---|
| Plaintiff's Motion for Summary Judgment | June 18, 2021 | July 19, 2021 |
| Defendant's Opposition to Plaintiff's Motion for Summary Judgment and any Cross-Motion for Summary Judgement | July 16, 2021 | August 16, 2021 |
| Plaintiff's Reply in Support of her Motion for Summary Judgment and any Opposition to Defendant's Cross-motion for Summary Judgment | August 6, 2021 | September 7, 2021 |
| Defendant's Reply in Further Support of its Cross-Motion for Summary Judgment | August 20, 2021 | September 21, 2021 |

This is Hartford's first request for an extension of the deadlines in the Court's Scheduling Order and Plaintiff consents to the relief requested herein.

Thank you for your consideration of this matter.

Respectfully submitted,

Matthew P. Mazzola

cc: All Counsel of Record (*via* ECF)

The application is **GRANTED**. The parties shall brief their cross-motions for summary judgment according to the following schedule:

By **July 19, 2021**, Plaintiff shall file her motion for summary judgment;
By **August 16, 2021**, Defendants shall file their opposition to Plaintiff's motion for summary judgment and any cross-motion for summary judgment;
By **September 7, 2021**, Plaintiff shall file her reply in support of her motion for summary judgment and any opposition to Defendants' cross-motion for summary judgment; and
By **September 21, 2021**, Defendants shall file their reply in support of their cross-motion for summary judgment.

The page limitations outlined in the Court's April 9, 2021, Order (Dkt. No. 33), apply.

Dated: June 1, 2021
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE