```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
```

GLENDA N. RAMIREZ,

                      Plaintiff,

  -against-

HARTFORD LIFE AND ACCIDENT
INSURANCE CO.,

                      Defendant.
```
---------------------------------------------------------------X
```

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #:_____
DATE FILED: 08/04/2021

<u>ORDER RESCHEDULING PRE-SETTLEMENT TELEPHONE CONFERENCE</u>

20-CV-9624 (LGS)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      This case has been referred to me for settlement purposes (docket no. 37). The telephone conference in this matter scheduled for Thursday, August 5, 2021 at 4:00 p.m. in advance of a settlement conference is hereby rescheduled to **<u>Wednesday, August 18, 2021 at 12:30 p.m.</u>** The parties are directed to review Judge Parker's Individual Practices at http://nysd.uscourts.gov/judge/Parker concerning settlement conferences in advance of the call. Counsel for the parties are directed to call Judge Parker's Chambers court conference line at the scheduled time. **Please dial (866) 434-5269, Access code: 4858267**.

      SO ORDERED.

Dated: August 4, 2021
       New York, New York

                                                    _____
                                                    KATHARINE H. PARKER
                                                    United States Magistrate Judge