UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

GLENDA N. RAMIREZ,

                            Plaintiff,

    -against-

HARTFORD LIFE AND ACCIDENT
INSURANCE CO.,

                            Defendant.
----------------------------------------------------------------X

**SETTLEMENT CONFERENCE CONVERSION ORDER**

**20-CV-9624 (LGS)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

In light of the current COVID protocols in place, the Settlement Conference in this matter scheduled for **Friday, October 15, 2021 at 10:00 a.m.** is hereby converted to a telephonic conference. The Parties' should call into the court conference line at **(866) 434-5269 Code: 4858267** at the scheduled time. **A security code will be emailed to counsel by chambers for his proceeding.**

SO ORDERED.

Dated: October 7, 2021
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge